**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NEW MORGAN LANDFILL COMPANY, INC., | : | No. 4 MAL 2022 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| BERKS COUNTY SOLID WASTE | : | |
| AUTHORITY AND COUNTY OF BERKS, | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.